Opinion issued
March 3, 2011 

 

 

 

 



 

 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00864-CV

 

LITTON LOAN SERVICING, L.P. AND WELLS FARGO BANK, N.A.,
Appellants

 

V.

 

JAMES R. DUBBERT, Appellee

 

 



On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 1001802

 

 



MEMORANDUM
OPINION

The parties have filed a joint motion
to dismiss their appeal, asking that we “vacate the trial court’s Order Denying
Defendants’ Motion for Continuance of Submission on Plaintiff’s Two Motions for
Summary Judgment and the Declaratory Judgment Removing Home Equity Lien from
the Title to Plaintiff’s Homestead Property,” “dismiss this case with prejudice
to all claims that were brought or that could have been brought in the
lawsuit,” “order each party to bear his/its own costs incurred in the case,”
“issue its mandate in this appeal concurrently with the order requested
herein,” and grant any further necessary relief.  No opinion has issued.  

Accordingly, we grant the motion and
dismiss the appeal.  We further, in
accordance with the parties’ agreement, vacate “the trial court’s Order Denying
Defendants’ Motion for Continuance of Submission on Plaintiff’s Two Motions for
Summary Judgment and the Declaratory Judgment Removing Home Equity Lien from
the Title to Plaintiff’s Homestead Property” and dismiss “this case with prejudice to all claims that were brought
or that could have been brought in the lawsuit.”  We order
“each party to bear his/its own costs incurred in the case,” and we further order that the clerk “issue its mandate
in this appeal concurrently with the order requested herein.”  See Tex. R. App. P. 18.1; Tex. R. App. P. 42.1(a)(2).  We overrule all other pending motions in this
appeal as moot.    

PER CURIAM

Panel consists of Justices Jennings,
Higley, and Brown.